| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Arthur Neal Hoover<br>DOB: 1962; U.S. Citizen<br>FILED / RECEIVED<br>JUN 13 2011<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**11-05112M** |

| Complaint for violation of Title  21 | United States Code §§  841(a)(1) and 841(b)(1)(D) |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 10, 2011, at or near Tombstone, in District of Arizona, **Arthur Neal Hoover**, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 42 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 10, 2011, at approximately 6:55 p.m., a white Dodge Ram pickup approached the United States Border Patrol checkpoint on Highway 80 near Tombstone, Arizona. The driver was identified as **Arthur Neal Hoover**. A drug detection dog working in the pre-primary area alerted to the vehicle for the presence of narcotics. **Hoover** was directed to park in the secondary inspection area where a search revealed four packages of marijuana weighing approximately 42 kilograms in the toolbox in the bed of the vehicle.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Meister/kc<br>AUTHORIZED BY: AUSA  _[signature]_ | SIGNATURE OF COMPLAINANT<br>_[signature]_<br>OFFICIAL TITLE<br>BPA |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_[signature]_ | DATE<br>June 13, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54